# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| David Quinton Brooks,<br><br>　　　　Plaintiff,<br><br>v.<br><br>Fast Park and Relax, et al.,<br><br>　　　　Defendants. | NO. CV-21-00516-TUC-LAB<br><br>**JUDGMENT OF DISMISSAL IN A CIVIL CASE** |

**Decision by Court.**  This action came for consideration before the Court.  The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that pursuant to the Court's order filed August 15, 2022, Plaintiff to take nothing, and the Amended complaint and action are dismissed with prejudice.

　　　　　　　　　　　　　　　　　　Debra D. Lucas
　　　　　　　　　　　　　　　　　　District Court Executive/Clerk of Court

August 15, 2022

　　　　　　　　　　　　　　　　　　s/ S. Araiza
　　　　　　　　　　　　　By　　　Deputy Clerk